UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEVETTE RANDOLPH,<br><br>Petitioner,<br><br>v.<br><br>JEFF MACOMBER, Warden,<br><br>Respondent. | NO. CV 15-0782-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 23, 2017

GEORGE H. WU
United States District Judge